1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANTHONY G. HERBERT,

                Plaintiff,

   v.

SAFEWAY, INC.,

               Defendant.

CASE NO. 2:17-cv-1518 RAJ

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

       Plaintiff's application to proceed in forma pauperis (Dkt. 1) is **GRANTED**. Plaintiff may proceed without prepayment of costs or fees or the necessity of giving security therefore.

       The Clerk is directed to send a copy of this Order to plaintiff.

       DATED this 12th day of October, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge