HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANTHONY G HERBERT,<br><br>      Plaintiff,<br><br>  v.<br><br>SAFEWAY, INC., et al.,<br><br>      Defendants. | CASE NO. C17-1518 RAJ<br><br>ORDER |

This matter comes before the Court on Defendants Safeway, Inc.'s and Amanda Buchan's motion to dismiss. Dkt. # 10. Plaintiff did not file a response in opposition to the motion, and therefore the Court considers this an admission that the motion has merit. Local Rules W.D. Wash. LCR 7(b)(2). The Court therefore **GRANTS** Defendants' motion. Dkt. # 10.

Dated this 12th day of February, 2018.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge

ORDER - 1